The People of the State of New York, Respondent, 
against
Lorraine Wynter, Defendant-Appellant.



Defendant appeals from a judgment of the Criminal Court of the City of New York, Bronx County (John H. Wilson, J.), rendered October 24, 2014, after a jury trial, convicting her of willful violation of health laws, and imposing sentence.




Per Curiam.
Judgment of conviction (John H. Wilson, J.), rendered October 24, 2014, reversed, on the law, accusatory instrument dismissed, and fine and surcharge, if paid, remitted.
Reversal of the judgment convicting defendant of willful violation of health laws is mandated since, as the People concede, the allegations in the accusatory instrument were jurisdictionally insufficient to meet the elements of the charged crime (see People v Howlett, 51 Misc 3d 141[A], 2016 NY Slip Op 50629[U] [App Term, 1st Dept 2016]).
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
I concur I concur I concur
Decision Date: May 12, 2017